| | | |
|---|---|---|
| AUSA: Susan Fairchild | Telephone: | (313) 226-9577 |
| Officer: Jeremy Ferguson | Telephone: | (313) 505-3358 |

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Jose Delores ARREOLA VEGA

Case No.  Case: 2:25−mj−30203
Assigned To : Unassigned
Assign. Date : 4/2/2025
Description: CMP USA V. ARREOLA VEGA (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 1, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:

On or about April 1, 2025, in the Eastern District of Michigan, Southern Division, Jose Delores ARREOLA VEGA, an alien from Mexico, was found in the United States after having been denied admission, excluded, deported, and removed there from on or about March 16, 2007, and not having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

☑ Continued on the attached sheet.

_____
Complainant's signature

Jeremy Ferguson, Enforcement Officer, CBP
Printed name and title

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: April 2, 2025

_____
Judge's signature

City and state: Detroit, MI

Kimberly Altman, U.S. Magistrate Judge
Printed name and title

## **AFFIDAVIT**

I, Jeremy J. Ferguson, being duly deposed and sworn states:

1. I am an Enforcement Officer with the United States Department of Homeland Security (DHS), Customs and Border Protection (CBP). I have been employed with the same for over twenty-one years. During my career as a law enforcement officer, I have been involved in various investigations and arrests concerning the re-entry of removed aliens and I have received training in this area.

2. The information set forth below is for the limited purpose of establishing probable cause. Therefore, this affidavit does not necessarily contain all the information collected during my investigation.

3. The defendant, Jose Dolores ARREOLA VEGA is a 59-year-old male native and citizen of Mexico, who last entered the United States at or near an unknown place, on or about an unknown date, without being admitted, inspected, or paroled into the United States by an immigration officer.

4. On April 1, 2025, at approximately 6:26 pm, ARREOLA VEGA was encountered by CBP at the Ambassador Bridge in Detroit, Michigan, when he and the vehicle he was traveling in were refused admission into Canada by Canada Border Services Agency (CBSA). Upon being returned to the United States side of the border CBP Officer J. Leonard conducted an initial inspection and referred ARREOLA VEGA to the secondary inspection area because he had no proof of citizenship or documents for crossing the border.

5. In the secondary inspection area ARREOLA VEGA's fingerprints were queried through the Automated Fingerprint Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS) which resulted in matches to Fingerprint Identification Number (FIN) XXXX4576 and FBI number XXXXX8RA6, which correspond to the immigration actions noted below.

6. I queried ARREOLA VEGA through the Enforce Alien Removal Module (EARM), an immigration database maintained by DHS which contains information about aliens who are removed from the United States and found him to be a match to Alien File XXX XXX 473, as well as the immigration arrests and removal noted below.

1

7. On or about April 1, 1992, ARREOLA VEGA was arrested near Brownsville, Texas, and found in possession of falsely made or forged documents. He was convicted of Possession of Forged or Counterfeited Documents, in violation of Section 274(a)(2) of the Immigration Nationality Act and was fined $250. He was then voluntarily returned to Mexico.

8. On or about February 11, 2007, ARREOLA VEGA was apprehended by US Immigration and Customs Enforcement (ICE) at his home in Detroit, Michigan, and was found to be present within the United States without having been admitted or paroled by an immigration officer.

9. On or about March 2, 2007, ARREOLA VEGA was ordered removed from the United States by an Immigration Judge in Detroit, Michigan pursuant to Section 212(a)(6)(A)(i) of the Immigration and Nationality Act (INA), as amended. He was removed to Mexico on or about March 16, 2007, through Brownsville, Texas.

10. On or about October 4, 2023, ARREOLA VEGA was arrested by US Border Patrol at/near Inkster, Michigan, after the Wayne County Sheriff's Department conducted a traffic stop. After determining that ARREOLA VEGA was unlawfully present in the United States, Border Patrol initiated Reinstatement of Prior Removal pursuant to Section 241(a)(5) INA. ARREOLA VEGA was released with instructions to report to ERO on October 11, 2023. ARREOLA VEGA did not report as directed and was listed as an "absconder". ARREOLA VEGA reported to Immigration authorities on December 30, 2024. ARREOLA VEGA has a next report date of June 17, 2025.

11. I queried ARREOLA VEGA through the Central Index System (CIS) and Computer Linked Application and Information Management System (CLAIMS). These databases are maintained by DHS and contain information relating to applications for immigration benefits and/or relief. Review of the records for ARREOLA VEGA and queries in Department of Homeland Security databases confirm that no record exists of him obtaining permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

12. I queried ARREOLA VEGA through the Consular Consolidated Database (CCD), a database maintained by the Department of State which contains passport and visa applications and records. I found no record of ARREOLA VEGA ever having applied for or receiving a United States visa of any kind or classification.

13. I queried ARREOLA VEGA through TECS, a United States government database that contains information about all persons who arrive in the United States at designated ports of entry and apply for admission. I found no record of ARREOLA VEGA ever lawfully arriving or being inspected, admitted, or paroled into the United States by a United States border official.

14. ARREOLA VEGA was arrested and detained by CBP on April 1, 2025, for administrative processing and execution of the outstanding removal order against him.

15. I advised ARREOLA VEGA of his Miranda rights verbally and in writing with the assistance of Officer Planas Flores translating from English to Spanish and from Spanish to English. ARREOLA VEGA acknowledged his rights and agreed to answer questions without a lawyer being present. During the audio/video recorded interview ARREOLA VEGA admitted that he was deported and removed from the United States to Mexico in 2007. He claimed that he paid a "coyote" (commonly used term for alien smuggler) $9,000 US dollars to be smuggled from Mexico, across the Rio Grande, and into the United States in approximately 2019. He admitted that he never obtained permission to re-enter the United States.

16. The aforementioned arrest (or apprehension) (and subsequent detention) was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

17. Based on the foregoing, there is probable cause to believe that, on or about April 1, 2025, at or near Detroit, Michigan, in the Eastern District of Michigan, Southern Division, Jose ARREOLA VEGA, an alien from Mexico, was found in the United States after having been denied admission, excluded, deported, and removed therefrom on or about March 16, 2007 at or near Brownsville, Texas, and not having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to re-apply for admission thereto; in violation of

3

Title 8, United States Code, Section 1326(a).

_____
Jeremy J. Ferguson
Enforcement Officer
U.S. Customs and Border Protection

Subscribed and sworn to before me and signed in my presence and/or by reliable electronic means.

_____
Kimberly Altman
United States Magistrate Judge

April 2, 2025